

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-7-2011

# Muhammad Malik v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 08-3874

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Muhammad Malik v. Atty Gen USA" (2011). *2011 Decisions.* Paper 296.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/296

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 08-3874
_____

MUHAMMAD SAEED MALIK,

Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,

Respondent
_____

On Petition for Review from an
Order of the Board of Immigration Appeals
(Board No. A46-964-203)
Immigration Judge:  Honorable Mirlande Tadal
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
September 23, 2011

Before:  FISHER, HARDIMAN and GREENAWAY, Jr., *Circuit Judges*.
_____

**ORDER AMENDING OPINION**

IT IS HEREBY ORDERED that the opinion in the above case, filed October 4, 2011, be amended as follows:

Page 3, lines 2-3 (the last sentence before Section I), which read:
    We will dismiss the petition for review.

shall read:
    We will deny the petition for review.

By the Court,


*/s/ D. Michael Fisher*
Circuit Judge

Dated:        October 7, 2011

MB/cc:      M. Anne Hannigan, Esq.
              Gopal T. Kukreja, Esq.
              Daniel I. Smulow, Esq.
              Paul F. Stone, Esq.